

Erik M. Bashian, Esq.
T: (516) 279-1554
F: (516) 213-0339
eb@bashpalaw.com

*Admitted to Practice in New York and New Jersey

VIA CM/ECF Only

June 2, 2020

U.S. District Judge Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re:** *Deleston v. Rancho Vegano Inc., et al.,* **Case No.: 1:19-cv-6351-LGS**

Dear U.S. District Judge Schofield:

This office represents the Plaintiff Jermaine Deleston ("Plaintiff") in connection with the above-referenced action. Respectfully, I write to request an adjournment of the deadline to conduct a mediation in this matter. Our request for an adjournment is requested because counsel for the defendant Rancho Vegano Inc. d/b/a Rancho Vegano ("Rancho Vegano") has indicated that she has been unable to communicate with her client because of the Covid-19 pandemic and the subject business is currently closed. This is our first request for an adjournment of the mediation, and our request will not prejudice any of the parties or affect any other scheduled dates since defendant Rancho Vegano consents to this request, and a default judgment has been entered against defendant The Palmetto Bay Group, Inc. The mediator assigned to this action has consented to the parties request for an adjournment. It is therefore respectfully requested that Your Honor reschedule the deadline to conduct a mediation to a date after the stay at home order has been lifted.

We thank this Honorable Court for its time and consideration in this matter.

Respectfully submitted,

BASHIAN & PAPANTONIOU, P.C.

*/s/ Erik M. Bashian*
_____
Erik M. Bashian, Esq.

cc: Elizabeth Crotty, Esq. *(via CM/ECF)*

---

**Application GRANTED.** The parties shall complete mediation within 45 days, or by **July 18, 2020**. Any further application for an extension shall detail, with a date and description, each effort defense counsel has made since the original mediation order to communicate with Defendant Rancho Vegano and to schedule the mediation.

Dated: June 3, 2020
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE