

**BASHIAN**
**PAPANTONIOU P.C.**

Erik M. Bashian, Esq.
T: (516) 279-1554
F: (516) 213-0339
eb@bashpaplaw.com

*Admitted to Practice in New York and New Jersey

VIA CM/ECF Only

July 15, 2020

U.S. District Judge Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

*Application GRANTED.  The parties' deadline to complete mediation is adjourned to **August 17, 2020**.  The parties shall file a joint status letter within two business days of any resolution, and in any event, no later than **August 19, 2020**.*

*Dated: July 16, 2020*
*New York, New York*

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re:     *Deleston v. Rancho Vegano Inc., et al.*, **Case No.: 1:19-cv-6351-LGS**

Dear U.S. District Judge Schofield:

        This office represents the Plaintiff Jermaine Deleston ("Plaintiff") in connection with the above-referenced action.  We write in connection with Your Honor's Order dated June 3, 2020 requiring the parties to complete mediation by July 18, 2020.  We have been advised by counsel for Rancho Vegano that her client is in the process of dissolving and will no longer be a place of public accommodation as of August 1, 2020.   As a result, we are in the process of negotiating a resolution to this matter, which we believe will be accomplished without the need for mediation. As a result, counsel for Rancho Vegano has requested an adjournment of the mediation and we consent.   This request will not prejudice any of the parties or affect any other scheduled dates.  It is therefore respectfully requested that Your Honor reschedule the deadline to conduct a mediation to mid-August to allow the parties to finalize a resolution.

        We thank this Honorable Court for its time and consideration in this matter.

                        Respectfully submitted,

                        BASHIAN & PAPANTONIOU, P.C.

                        */s/ Erik M. Bashian*
                        _____
                        Erik M. Bashian, Esq.

cc:     Elizabeth Crotty, Esq. *(via CM/ECF)*