UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    JERMAINE DELESTON,

                            Plaintiff,        19. Civ. 6351(LGS)

            -against-                    ORDER

    RANCHO VEGANO INC., et al.

                            Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, on December 16, 2019, default judgment entered against Defendant Palmetto Bay Group, Inc. (Dkt. No. 49);

    WHEREAS, Defendant Palmetto filed a pre-motion letter, proposing a motion to vacate default judgment (Dkt. No. 60);

    WHEREAS, Plaintiff filed a response in opposition and requests a damages inquest (Dkt. No. 63).  It is hereby

    **ORDERED** that the pre-motion letters at Dkt. Nos. 60 and 63 will be referred to Judge Lehrburger for report and recommendation.  A separate referral will issue.

Dated: September 18, 2020
       New York, New York

                                                    LORNA G. SCHOFIELD
                                             UNITED STATES DISTRICT JUDGE